United States Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 598-1671
Email: Vendarryl.jenkins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>Defendant. | CIVIL CASE NUMBER:<br>4:24-CV-01672<br><br>**MOTION TO WITHDRAW** |

    Trial Attorney Vendarryl Jenkins of the United States Department of Justice respectfully moves this Court for an Order permitting him to withdraw as counsel for the United States of America in light of the imminent end of his employment by the Department of Justice. Trial Attorney Cheyenne N. Chambers will continue to represent the United States of America in this litigation and will remain counsel of record.

Date: June 26, 2024

Respectfully submitted,

*/s/ Vendarryl Jenkins*
VENDARRYL JENKINS
(D.C. Bar No. 1724928)
United States Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 735-6968
Email: vendarryl.jenkins@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Date: June 26, 2024          */s/ Vendarryl Jenkins*