United States District Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-01672 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE (TDCJ), | § § § § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON November 25, 2024 at 9:00 AM**

Appearances:

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | April 25, 2025 |
| Report furnished by: | April 25, 2025 |
| Defendant's experts to be designated by: | May 26, 2025 |
| Report furnished by: | May 26, 2025 |
| Discovery to be completed by: | September 2, 2025 |
| Dispositive motions due by: | September 30, 2025 |
| Docket call to be held at 11:30 AM on: | December 1, 2025 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

See Stipulation and Order regarding further discovery.

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on November 25, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge