United States District Court
Southern District of Texas
**ENTERED**
March 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01672 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE (TDCJ), | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUE ATTORNEY-IN-CHARGE

After considering the defendant's unopposed motion to substitute attorney-in-charge (Dkt. No. 25), the Court is of the opinion that the following order shall issue:

It is **ORDERED** that Defendant's Unopposed Motion to Substitute is **GRANTED**.

It is further **ORDERED** that Assistant Attorney General Briana M. Webb shall be entered as the attorney in charge for Defendant and that Alyson Chensasky shall be removed as an attorney of record.

It is so **ORDERED**.

SIGNED on March 13, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge