IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    and<br><br>FRANCHES SPEARS<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>    Defendant. | Civil Action No. 4:24-cv-01672 |

**MOTION TO WITHDRAW**

Attorney Cheyenne N. Chambers respectfully moves to withdraw her appearance in this case. In support of this motion, she states as follows:

1. Ms. Chambers is resigning from the U.S. Department of Justice.

2. The remaining attorneys of record from the U.S. Department of Justice continue to represent Plaintiff United States in this matter. Accordingly, no delay will result from the granting of this motion.

WHEREFORE, Cheyenne N. Chambers requests that the Court grant this motion to withdraw her appearance in this matter.

Date: May 2, 2025     Respectfully submitted,

*/s/ Cheyenne N. Chambers*
CHEYENNE N. CHAMBERS (NC Bar No. 48699)
United States Department of Justice
Civil Rights Division

1

Employment Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 532-3850
Email: cheyenne.chambers@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Motion to Withdraw with the Clerk of Court by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Date: May 2, 2025 /s/Cheyenne N. Chambers