# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> and <br><br> FRANCHES SPEARS <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE, <br><br> Defendant. | Civil Action No. 4:24-cv-01672 |

## MOTION TO WITHDRAW

Attorney Sharion Scott respectfully moves to withdraw her appearance in this case. In support of this motion, she states as follows:

1. Ms. Scott is resigning from the U.S. Department of Justice.

2. The remaining attorney of record from the U.S. Department of Justice continues to represent Plaintiff United States in this matter. Additionally, Jillian Moo-Young, Trial Attorney for the Employment Litigation Section, Civil Rights Division, intends to file a Notice of Appearance in this matter. Ms. Moo-Young has already submitted an Application to Practice and requested access to file via CM/ECF with the U.S. District Court for the Southern District of Texas. She will formally notice her appearance in this case as soon as her application has been processed. Accordingly, no delay will result from the granting of this motion.

1

WHEREFORE, Sharion Scott requests that the Court grant this motion to withdraw her appearance in this matter.

Date: May 22, 2025

Respectfully submitted,

*/s/ Sharion Scott*
SHARION SCOTT, DC Bar No. 1617438
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Phone: (202) 598-5592 (Scott)
Fax: (202) 514-1005
Email: Sharion.Scott@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date, I electronically filed the foregoing Motion to Withdraw with the Clerk of Court by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.


  Date: May 22, 2025                */s/Sharion Scott*