IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>               Defendant. | Civil Action No. 4:24-cv-01672 |

**MOTION TO WITHDRAW**

Jillian Moo-Young, Trial Attorney, Employment Litigation Section, Civil Rights Division, respectfully moves to withdraw her appearance in this case on behalf of Plaintiff United States of America ("United States"). In support of this motion, she states as follows:

1. Ms. Moo-Young is resigning from the U.S. Department of Justice.

2. The remaining attorney of record from the U.S. Department of Justice continues to represent Plaintiff United States in this matter. Additionally, Louis Whitsett, Trial Attorney for the Employment Litigation Section, Civil Rights Division, intends to file a Notice of Appearance in this matter. Mr. Whitsett is in the process of submitting an Application to Practice and requesting access to file via CM/ECF with the U.S. District Court for the Southern District of Texas. He will formally notice his appearance in this case as soon as his application has been processed. Accordingly, no delay will result from the granting of this motion.

1

WHEREFORE, Jillian Moo-Young requests that the Court grant this motion to withdraw her appearance in this matter.

Dated: January 6, 2026                                  Respectfully Submitted,

                                                        /s/ Jillian Moo-Young
                                                        JILLIAN MOO-YOUNG
                                                        (DC Bar No. 1045088)
                                                        Trial Attorney
                                                        Employment Litigation Section
                                                        Civil Rights Division
                                                        United States Department of Justice
                                                        950 Pennsylvania Avenue NW
                                                        Washington, DC 20530
                                                        202-714-5593
                                                        Jillian.Moo-Young@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify on this the 6th day of January, 2026, that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.

                                                */s/ Jillian Moo-Young*
                                                JILLIAN MOO-YOUNG
                                                Trial Attorney