UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:24-CV-01672 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE (TDCJ), | | |
| Defendant. | | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this Order.

It is so Ordered.

SIGNED on January 9, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge